

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RANDA HAHN | § | |
| | § | |
| VS. | § | ACTION NO. 4:03-CV-855-Y |
| | § | |
| AMGEN, INC., ET AL. | § | |

## PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR DESIGNATING PHYSICIANS AND MEDICAL EXPERTS

Plaintiff moves for a 30-day extension of time to designate physicians and medical experts pursuant to the Court's December 17, 2003 Order Granting Motion to Bifurcate Discovery, Staying Non-Causation Discovery, and Setting Deadline for Summary-Judgment Motion Regarding Causation, respectfully showing the Court as follows:

Plaintiff has identified potential experts whom Plaintiff may designate pursuant to the Order. Plaintiff intends to forward the necessary documents and medical records to such potential experts for their review and consideration. Plaintiff needs additional time to forward the necessary documents and records, and the potential experts need additional time to review and consider such documents and records, before Plaintiff makes her designation pursuant to the Order.

Therefore, Plaintiff respectfully requests an additional 30 days to designate physicians and medical experts pursuant to the December 17, 2003 Order. Plaintiff does not seek this extension of time in order to delay the resolution of this case, but rather so that justice may be done.

# ORIGINAL

Respectfully submitted,

**THE SCHMIDT FIRM**
8401 N. Central Expressway,
Suite 880, LB 28
Dallas, Texas 75225
(214) 521-4898
(214) 521-9995 (fax)

By: _____
MICHAEL E. SCHMIDT
State Bar No. 00785361
**C. L. MIKE SCHMIDT**
State Bar No. 17766000

**McGARTLAND & BORCHARDT, LLP**
**Michael P. McGartland**
**Geno E. Borchardt**
University Centre I
1300 South University Drive, Suite 500
Fort Worth, Texas 76107
(817) 332-9300
(817) 332-9301 (fax)

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

On this 11th day of March, 2004, I conferred with opposing counsel of record for Defendant Amgen (Kathy Owen) and Defendant Wyeth (Michael Klatt) about this Motion and the relief Plaintiff seeks by it. These Defendants' counsel informed me that Defendant Amgen and Defendant Wyeth oppose this Motion and the relief sought by it.

_____
James Holmes, Attorney acting on behalf of Michael Schmidt

PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR
DESIGNATING PHYSICIANS AND MEDICAL EXPERTS                     Page 2

## CERTIFICATE OF SERVICE

On this 11th day of March, 2004, my office served a true and correct copy of the foregoing instrument on the following counsel of record:

*Via Certified Mail*
Michael R. Klatt
CLARK THOMAS & WINTERS, P.C.
300 West Sixth Street, Suite 1500
P.O. Box 1148
Austin, Texas 78767

*Via Certified Mail*
John R. Henderson
Kathy J. Owen
Lynn R. Levitan
BROWN McCARROLL, L.L.P.
2001 Ross Ave., Suite 2000
Dallas, Texas 75201

*Via Certified Mail*
Mark G. Gately
HOGAN & HARTSON, L.L.P.
111 South Calvert Street
Baltimore, MD 21202

*Via Certified Mail*
Michael L. Kidney
HOGAN & HARTSON, L.L.P.
555 Thirteenth Street, N.W.
Washington, DC 20004

_____
Michael Schmidt