

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 1 6 2004
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RANDA HAHN | § | |
| | § | |
| VS. | § | ACTION NO. 4:03-CV-855-Y |
| | § | |
| AMGEN INC., ET AL. | § | |

## FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58,

It is hereby ORDERED, ADJUDGED, and DECREED that summary judgment is granted in Defendants' favor. Plaintiff shall take nothing by way of her claims, and those claims are hereby DISMISSED WITH PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne by Plaintiff.

SIGNED April __16__, 2004.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE