ORIGINAL

# UNITED STATES DISTRICT COURT

Northern District of Texas

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 23 2004

BILL OF COSTS

CLERK, U.S. DISTRICT COURT
By _____
Deputy

RANDA HAHN, Plaintiff

V.

AMGEN INC., IMMUNEX CORPORATION,
IMMUNEX MANUFACTURING CORPORATION,
WYETH, MANUFACTURERS A-Z, and
DISTRIBUTORS A-Z

Case Number: 4:03-CV-855-Y

Judgment having been entered in the above entitled action on __April 16, 2004__ against __Plaintiff__,
Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 175.00 |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL | $ 175.00 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

Michael Schmidt
The Schmidt Law Firm
8401 N. Central Expressway
Suite 880, LB 28
Dallas, Texas 75225

Mr. Michael P. McGartland
McGartland & Borchardt, L.L.P.
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107

Ken Ferguson
Mike Klatt
Clark, Thomas & Winters
300 West 6th Street, 15th Floor
Austin, Texas 78701

Signature of Attorney: _/s/ Kathy Owen_

Name of Attorney: Kathy J. Owen

For: Amgen Inc., Immunex Corporation and Immunex Manufacturing Corporation       Date: April 22, 2004
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

Karen Mitchell                          By: _____          _____
Clerk of Court                               Deputy Clerk                              Date